time and place of such alleged occurrences and the names of such guests and customers;" (e) VI; (f) VII; except so much thereof as provides " and stating the names of said guests and roomers and the dates and the hours of the day of said alleged occurrences;" (g) VIII; (h) X; except so much thereof as provides " and the names of the prospective customers that the plaintiffs claim were induced not to patronize the plaintiffs." The order appealed from will, therefore, be reversed, with ten dollars costs and disbursements, and the motion granted to the extent indicated. Clarke, P. J., Smith, Page and Philbin, JJ., concur. Order reversed, with ten dollars costs and disbursements, and motion granted to the extent indicated in opinion.

---

AUGUSTA B. BLOOM, Respondent, v. HYMAN FISH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHARLES H. WARFIELD, Appellant, v. WIRE WHEEL CORPORATION OF AMERICA, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Smith, J., dissenting.

EDYTHE G. BRIXEY, Appellant, v. M. NEWINGTON GOODWIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present.— Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MARY DUNBAR, Appellant, v. ISABELLA GOODWIN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN D. STEPHANIDIS, Appellant, v. JAMES A. SUTHERLAND and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

KATIE CUNNINGHAM, as Administratrix, etc., of PATRICK J. CUNNINGHAM, Deceased, Appellant, v. PAUL SMITH and Another, Doing Business under the Firm Name of SMITH & ROGERS, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HENRY RYDER, Respondent, v. THOMAS M. ACKEN and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY BAUMAN, Respondent, v. NORFOLK AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $50,268.54; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY BAUMAN, Respondent, v. NORFOLK AND WESTERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.